NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY *v.* TOWN OF MENTONE ET AL.

[No. 11,008.   Filed April 7, 1921.]

APPEAL.—*Failure of Appellee to File Briefs.*—*Reversal.*—Appellee's failure to file briefs and to comply with the Appellate Court's order to return the record, *held* to amount to a confession of error warranting a reversal.

From Kosciusko Circuit Court; *Francis E. Bowser,* Judge.

Action between the New York, Chicago and St. Louis Railroad Company and the Town of Mentone and others.  From the judgment rendered, the former appeals.  *Reversed.*

*Walter Olds, Albert E. Thomas, Frazer, Frazer & Headley, H. D. Howe* and *W. J. Stevenson,* for appellant.

REMY, C. J.—Appellant's brief in this cause was duly filed February 27, 1920.   Appellees' brief was due April 26, 1920, but has never been filed.   The files in the office of the clerk of this court show that the record was delivered by the clerk to appellees' attorney of record for use in the preparation of appellees' brief; but that such record has not been returned, though appellees have been formally ordered to return the same.   We hold that the failure of appellees to file their brief, and their failure to comply with the order of this court to return the record, amount to a confession of error.   Judgment reversed.